**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **RICARDO COVARRUBIA, JR.,** ) <br> **Individually and on Behalf of All Others** ) <br> **Similarly Situated,** ) <br>  ) <br>     **Plaintiff,** ) <br>  ) <br> **V.** ) <br>  ) <br> **BAY AREA CREDIT SERVICE, INC.,** ) <br>  ) <br>     **Defendant.** ) | **CIVIL ACTION NO. SA-20-CA-330-FB** |

### ORDER OF DISMISSAL AND FINAL JUDGMENT

Before the Court is the status of the above styled and numbered cause. In an Order of Stay filed on December 14, 2020, the parties were ordered "to submit their stipulation of dismissal and any supporting documents on or before **January 8, 2021**." (Docket no. 27) (emphasis in original). The parties were notified that should they "be unable to submit those documents by that date, the parties should confer and move for an extension of time to file the documents" and advised that "[o]therwise, the Court may dismiss this case for failure to diligently prosecute and/or follow a Court order. *Id.* (citing Fed. R. Civ. P. 16(f), 41(b)). When the January 8th deadline passed and the file reflected no further activity, the parties were Ordered to "submit, **on or before January 26, 2021**, their stipulation of dismissal and any supporting documents or show good cause why this case should not be dismissed for failure to diligently prosecute and/or follow a Court order." (Docket no. 28) (emphasis in original). The parties were further notified that "the failure to timely and properly respond to this Order will result in the dismissal of this case for failure to diligently prosecute and/or follow a Court order." *Id.* The January 26th deadline passed without a response from either party. The Court is therefore of the opinion that this case should be dismissed and final judgment should be entered.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above styled and numbered cause is DISMISSED Without Prejudice for failure to diligently prosecute and/or follow a Court order. Motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of January, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE